IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

I SQUARE MANAGEMENT LLC and
ARKANSAS KNOXVILLE HOTEL, LP                                         PLAINTIFFS

v.                         CIVIL NO 4:19-cv-00922-JM

MCGRIFF INSURANCE SERVICES, INC.                                     DEFENDANT

## JUDGMENT

Consistent with the Order entered on July 16, 2021 (Doc. No. 195), it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 20th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE